**Walter W. McVAY v. AMERICAN RADIA-TOR & STANDARD SANITARY COR-PORATION, Appellant.**

**No. 7678.**

Circuit Court of Appeals, Third Circuit.

March 20, 1941.

Sidney J. Watts, of Pittsburgh, Pa., for appellant.

John H. Sorg, of Pittsburgh, Pa., for appellee.

Before BIGGS, MARIS, and GOOD-RICH, Circuit Judges.

PER CURIAM.

The judgment of the district court, 1 F. R.D. 677, is affirmed.